**Jeffrey J. BEARE, Appellant,**

v.

**Joseph J. BECKER, et al., Respondents.**

No. 75208.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 18, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 6, 1999.

Application for Transfer Denied
Aug. 24, 1999.

W. Morris Taylor, Gerald A. Sims, Jr., W. Morris Taylor, P.C., St. Louis, for appellant.

Daniel G. Tobben, Jerry J. Murphy, Laura Gerdes Bub, Murphy, Tobben & Wasinger, L.C., St. Louis, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Appellant, Jeffrey J. Beare, appeals the judgment entered by the Circuit Court of St. Louis County granting respondents', Curtis, Oetting, Heinz, Garrett & Soule, P.C.'s,[1] motion to dismiss for failure to state a cause of action on appellant's legal malpractice action brought against respondents. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by competent and substantial evidence and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we af-

---

1. The judgment was certified as final for purposes of appeal as to respondents. As of the

firm the judgment pursuant to Rule 84.16(b).

---

date of this ruling, the claims as to the other named defendants are still pending below.